**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Timothy Lynn Tate v. The State of Texas

Appellate case number:   01-13-00290-CR

Trial court case number:  12-15044

Trial court:             Criminal District Court of Jefferson County

        It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle _____
                      Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Massengale and Huddle

Date: June 5, 2014 _____